```
                    FILED
                    July 25, 2008
                    CLERK, US DISTRICT COURT
                    EASTERN DISTRICT OF
                    CALIFORNIA
                    DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                     )    Case No. CR.S-08-0338-LKK
     Plaintiff, )
v.                               )    ORDER FOR RELEASE OF
                                     )    PERSON IN CUSTODY
KEVIN EUGENE RHEA, )
     Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release KEVIN EUGENE RHEA, Case No. CR.S-08-338-LKK from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of: $100,000.00

        _X_ Unsecured Appearance Bond

        ___ Appearance Bond with Surety

        _X_ (Other) <u>Conditions as stated on the record.</u>

    ___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 07/25/08 at 3:45 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge