McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>KEVIN EUGENE RHEA,<br><br>        Defendant. | CR. No. S-08-0338 LKK<br><br>ORDER CONTINUING STATUS<br>CONFERENCE |

**ORDER**

The parties appeared before the Court on Tuesday, August 19, 2008, in case number S-08-0338 LKK.  At that time, based upon the representations and agreement of both counsel, the Court ordered that the status conference set for August 19, 2008, at 9:30 a.m., be continued to September 16, 2008, at 9:30 a.m., and that the time beginning August 19, 2008, and extending through September 16, 2008, was excluded from the calculation of time under the Speedy Trial Act.  The exclusion of time is appropriate due to defense counsel's investigation into and preparation of material relating to the defendant's background and his medical condition. This information is relevant to the charged offense and may have

1

an impact on the loss amount alleged in the indictment.  The additional time is necessary to ensure defense counsel's effective investigation and preparation of the material, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

ACCORDINGLY, it is hereby ordered that the status conference set for August 19, 2008, at 9:30 a.m., be continued to September 16, 2008, at 9:30 a.m., and that the time beginning August 19, 2008, and extending through September 16, 2008, be excluded from the calculation of time under the Speedy Trial Act.  The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated:    August 28, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT