```
McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2782
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-08-0338 LKK |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER CONTINUING STATUS |
| ) | CONFERENCE |
| KEVIN EUGENE RHEA ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| _____) | |

**ORDER**

The parties appeared before the Court on Tuesday, September 16, 2008, in case number S-08-0338 LKK. At that time, based upon the representations and agreement of both counsel, the Court ordered the matter continued to September 30, 2008, at 9:15 a.m. On that date, the defendant is expected to enter a change of plea.

///
///
///
///

1

ACCORDINGLY, it is hereby ordered that the case be continued to September 30, 2008, at 9:15 a.m., and that the matter be set for a change of plea on that date.

IT IS SO ORDERED.

Dated: September 19, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT