McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           ) CR. No. S-08-0338 LKK
                                    )
            Plaintiff,              )
                                    )
      v.                            ) ORDER CONTINUING CHANGE OF
                                    ) PLEA
KEVIN EUGENE RHEA,                  )
                                    )
            Defendant.              )
                                    )

**ORDER**

The parties appeared before the Court on Tuesday, September 30, 2008, in case number S-08-0338 LKK.  At that time, based upon the representations and agreement of both counsel, the Court ordered that the change of plea set for September 30, 2008, at 9:15 a.m., be continued to October 15, 2008, at 9:15 a.m., and that the time beginning September 30, 2008, and extending through October 15, 2008, was excluded from the calculation of time under the Speedy Trial Act.  The exclusion of time is appropriate in order to ensure continuity of counsel.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

ACCORDINGLY, it is hereby ordered that the change of plea

1  set for September 30, 2008, at 9:15 a.m., be continued to October
2  15, 2008, at 9:15 a.m., and that the time beginning September 30,
3  2008, and extending through October 15, 2008, be excluded from
4  the calculation of time under the Speedy Trial Act.  The Court
5  finds that the interests of justice served by granting this
6  continuance outweigh the best interests of the public and the
7  defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).
8       IT IS SO ORDERED.

Dated: October 2, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT