Charles A. Pacheco, SB #129630
**PACHECO & SOMERA**
A Professional Law Firm
8031 Freeport Boulevard
Sacramento, California  95832

(916) 665-5103
(916) 665-5107 (fax)

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KEVIN RHEA,<br><br>    Defendant. | CASE NO.: 2:080-CR-00338-LKK<br><br>**STIPULATION RE CONTINUANCE OF JUDGMENT & SENTENCING** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, and George Vidales, United States Probation Officer, that this matter shall be reset to the following dates:

Judgment and sentencing date: February 10, 2009
9:15 a.m., Courtroom 4

Motion for Correction of the Pre-Sentence Report and Sentencing Memorandum shall filed with the court and served on the Probation Officer and opposing counsel no later than: February 3, 2009

/
/
/
/////

Stipulation re Continuance of Judgment & Sentencing              1.

| | |
|---|---|
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | January 27, 2009 |

DATED: January 20, 2009            PACHECO & SOMERA

/s/ Charles A. Pacheco
CHARLES A. PACHECO, Attorney for Defendant

DATED: January 20, 2009            UNITED STATES PROBATION

/s/ George Vidales
GEORGE VIDALES, Senior United States Probation Officer

DATED: January, 20, 2009            LAWRENCE G. BROWN
Acting United States Attorney

/s/ Kyle Reardon
KYLE REARDON, Assistant U.S. Attorney

## ORDER

PURSUANT TO THE ABOVE STIPULATION, it is hereby ordered that the judgment and sentencing date, and all dates related to the presentence report, shall be rescheduled as set forth herein.

DATED: January 23, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT