1  Charles A. Pacheco, SB #129630
   **PACHECO & SOMERA**
2  A Professional Law Firm
   8031 Freeport Boulevard
3  Sacramento, California  95832

4  (916) 665-5103
   (916) 665-5107 (fax)
5

6  Attorney for Defendant

7

8　　　　　　　　　　　**IN THE UNITED STATES DISTRICT COURT**

9　　　　　　　　　　　**FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　v.<br><br>KEVIN RHEA,<br><br>　　　Defendant. | CASE NO.: 2:08-CR-00338-LKK<br><br>**STIPULATION RE CONTINUANCE OF JUDGMENT & SENTENCING** |

17　　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective

18  counsel, and George Vidales, United States Probation Officer, that the judgment and sentencing

19  /

20  /

21  /

22  /

23  /

24  /

25  /

26  /

27  /

28  /////

Stipulation re Continuance of Judgment & Sentencing　　　　1.

hearing in this matter shall be reset from February 10, 2009, to **March 17, 2009, at 9:15 a.m.**, in Courtroom 4 of the above-entitled court.

DATED: February 6, 2009         PACHECO & SOMERA

/s/ Charles A. Pacheco
CHARLES A. PACHECO, Attorney for Defendant

DATED: February 6, 2009         UNITED STATES PROBATION

/s/ George Vidales
GEORGE VIDALES, Senior United States Probation Officer

DATED: February 6, 2009         LAWRENCE G. BROWN
Acting United States Attorney

/s/ Kyle Reardon
KYLE REARDON, Assistant U.S. Attorney

**ORDER**

PURSUANT TO THE ABOVE STIPULATION, it is hereby ordered that the judgment and sentencing date shall be rescheduled as set forth herein.

DATED: February 9, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation re Continuance of Judgment & Sentencing        2.